

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2021

No. 04-21-00455-CV

**IN THE GUARDIANSHIP OF MARTIN L. ROBERTSON, AN INCAPACITATED PERSON**,

From the County Court, Kerr County, Texas
Trial Court No. G18-22
Robert Lee Kelly, Judge Presiding

# O R D E R

Appellant seeks to appeal the trial court's order signed on September 27, 2021 which addresses multiple matters in the underlying guardianship proceeding. Absent an appealable interlocutory order or written final judgment, this court has no jurisdiction over this appeal. *See Ogletree v. Matthews*, 262 S.W.3d 316, 319 n.1 (Tex. 2007); *Lehmann v. Har Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); *Northeast Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966).

Accordingly, it is ORDERED that appellant show cause in writing ***within fifteen (15) days*** of the date of this order why this appeal should not be dismissed for lack of jurisdiction. All appellate deadlines in this appeal are suspended pending further order of this court.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2021.



_Michael A. Cruz_
MICHAEL A. CRUZ, Clerk of Court